A. H. King, for appellants;

D. H. Doig and Stephen E. Foster for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. Appeal dismissed on motion of counsel for the appellees.

---

Ben Johnson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc, January 8, 1909.)

Writ of Error to Criminal Court of Record, Escambia County, E. D. Beggs, Judge.

No appearance for the plaintiff in error.

W. H. Ellis, Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error.

---

William M. Mears, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Memorandum Decisions.

(Supreme Court of Florida, En Banc, June 23, 1908.)

Writ of Error to Circuit Court, Dade County; Minor S. Jones, Judge.

No appearance for the plaintiff in error;

W. H. Ellis, Attorney General for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error.

———

A. H. D'Alemberte, G. W. Ward, J. R. Wells, Tom Shuler, J. F. Shuler, Milton Pledger and C. D. Clark, Petitioners, v. John W. Malone, Judge of the Second Judicial Circuit of Florida, and Dannett H. Mays, Respondents. Petition for Prohibition.

(Supreme Court of Florida, En Banc, October 20, 1908.)

Original proceeding by petition for Prohibition filed by petitioners and dismissed on praecipe of attorneys for petitioners.

Reeves & Watson for petitioners.